UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| GARY R. GOLDING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 7:18cv584 |
| ) | |
| KENNETH A. CLARK, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

Plaintiff Gary R. Golding and defendant Kenneth A. Clark, each by counsel, stipulate and agree that this action be DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his own costs.

Dated this ___10th___ day of ~~November~~ December, 2019.

GARY R. GOLDING

_____
Charles H. Smith, III  (VSB No. 32891)
GENTRY LOCKE ATTORNEYS
Post Office Box 40013
Roanoke, Virginia  24022-0013
(540) 983-9300
(540) 983-9400 (facsimile)
Email:  smith@gentrylocke.com

Counsel for Plaintiff

{4634/0177/ 00179234.DOCX }

KENNETH A. CLARK

_____
Jason Guy Moyers  (VSB No. 38673)
FRANKL MILLER WEBB & MOYERS, LLP
Post Office Box 4126
Roanoke, Virginia  24015
(540) 527-3516
(540) 527-3520 (facsimile)
Email: moyers@fmwm.law

Counsel for Defendant